WALTER J. LAMB, APPELLANT, V. HENRY H. WILSON ET AL., APPELLEES.*

FILED JANUARY 21, 1904.   No. 11,483.

APPEAL from the district court for Lancaster county: LINCOLN FROST, JUDGE. *Rehearing denied.*

*Walter J. Lamb* and *Robert Ryan*, for appellant.

*Ricketts & Wilson, contra.*

BY THE COURT.

It is ordered that the judgment of reversal heretofore entered in this case be so modified as to direct the district court to hear such additional evidence as may be requisite

* See former opinions, 3 Neb. (Unof.) 496 and 505.

for a complete statement of the accounts between the parties, and restate such accounts and render judgment accordingly in accordance with the law as stated in the syllabus of the opinion upon the last hearing, without regard to the findings of fact, or distribution of items, and partial statement of accounts, contained in said opinion. Both motions for rehearing are overruled.

REHEARING DENIED.